Case 2:12-cv-00956-JCM-GWF Document 19 Filed 06/27/12 Page 1 of 5

MARK G. KRUM
Nevada Bar #10913
MATTHEW W. PARK
Nevada Bar #12062
LEWIS & ROCA LLP
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8217
Fax: (702) 216-6234

RANDALL W. BODNER (Pro Hac Vice Application Forthcoming)
JOHN P. BUEKER (Pro Hac Vice Application Forthcoming)
LUCY C. HYNES (Pro Hac Vice Application Forthcoming)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Fax: (617) 951-7050

*Attorneys for Defendant Morgan Stanley & Co., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC , and HFR CA LAZARD RATHMORE MASTER TRUST,

Plaintiffs,

v.

KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,

Defendants.

No. 2:12-CV-00956-JCM-(GWF)

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE (FIRST REQUEST)**

Plaintiffs and Defendant Morgan Stanley & Co., Inc. (“Morgan Stanley”), by and through their undersigned counsel, have stipulated as follows:

WHEREAS, Plaintiffs commenced the above-captioned action by filing a Complaint on June 6, 2012 (the “Complaint”); and

WHEREAS, Plaintiffs and Defendants KPMG, a Hong Kong partnership, KPMG International Cooperative, and KPMG LLP (collectively, the "KPMG Defendants") have agreed upon a stipulated schedule for the KPMG Defendants to respond to the Complaint, and for briefing on any motions filed in response to the Complaint (Dkt. No. 14); and

WHEREAS, to promote efficiency, Plaintiffs and Defendant Morgan Stanley have agreed upon essentially the same schedule for Morgan Stanley to respond to the Complaint, and for briefing on any motions filed by Morgan Stanley in response to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the following schedule shall govern the response[s] to the Complaint by Morgan Stanley, and the briefing on any motion[s] filed by Morgan Stanley in lieu of answering the Complaint:

1. Morgan Stanley will have until September 6, 2012 to respond to the Complaint;

2. Plaintiffs will have 60 days from the date of any motion[s] filed in lieu of an answer to file their response[s] to such motion[s]; and

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

3. Morgan Stanley will have 30 days from the date of any such response to file a reply in support of its motion[s].

Dated: June 27, 2012

Respectfully submitted,

LEWIS & ROCA LLP

/s/ Matthew W. Park
MARK G. KRUM
Nevada Bar # 10913
MATTHEW W. PARK
Nevada Bar #12062
3993 Howard Hughes Pkwy. Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8217
mkrum@LRLaw.com
- and –
ROPES & GRAY LLP
RANDALL W. BODNER(Pro Hac Vice Application Forthcoming)
JOHN P. BUEKER (Pro Hac Vice Application Forthcoming)
LUCY C. HYNES (Pro Hac Vice Application Forthcoming)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
*Attorneys for Defendant Morgan Stanley & Co., Inc.*

JONES VARGAS
/s/ Gary R. Goodheart
GARY R. GOODHEART
Nevada Bar #1203
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
- and -
GRANT & EISENHOFER P.A.
STUART M. GRANT (Pro Hac Vice Application Forthcoming)
MEGAN D. MCINTYRE (Pro Hac Vice Application Forthcoming)
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

DATED: June 28, 2012

UNITED STATES DISTRICT JUDGE

Case 2:12-cv-00956-JCM-GWF Document 19 Filed 06/27/12 Page 4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June 2012, electronic service of the foregoing was made this date through the CM/ECF Electronic Filing System to the following registrants:

Gary R. Goodheart
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
Tel: 702-862-3300
Fax: 702-737-7705
*Attorneys for Plaintiffs*

Stuart M. Grant
Megan D. McIntyer
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
*Attorneys for Plaintiffs*

Andrew P. Gordon
MCDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Tel: 702-873-4100
Fax: 702-873-9966
*Attorneys for KPMG International Cooperative*

///

///

///

///

///

///

///

///

///

///

///

///

///

///

I further certify that service of the foregoing was made on June 27, 2012 by depositing a copy for mailing, first-class mail, postage prepaid, to the following:

Christine M. Mackintosh
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
*Attorneys for Plaintiffs*

Donald J. Campbell
J. Colby Williams
CAMPBELL & WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101
Tel: 702-382-5222
Fax: 702-382-0540
*Attorneys for KPMG HK*

Geoffrey F. Aronow
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington DC 20006
Tel: 202-373-6000
Fax: 202-373-6001
*Attorneys for KPMG HK*

John H. Cotton
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Tel: 702-791-0308
Fax: 702-791-1912
*Attorneys for KPMG LLP*

George A. Salter
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 11030
Tel: 212-918-3000
Fax: 212-918-3100
*Attorneys for KPMG LLP*

William R. Maguire
Kenneth M. Katz
Yoshinori M. Sasao
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-837-6000
Fax: 212-422-4726
*Attorneys for KPMG International Cooperative*

*/s/ Jessie Helm*
An Employee of Lewis and Roca LLP