John P. Aldrich, Esq.
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Ste. 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

Michael D. Stanger, Esq.
Nevada Bar No. 8272
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
Telephone: (801) 530-7300

Attorneys for Hansen, Barnett & Maxwell, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., LP., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC and HFR LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY &CO.,<br><br>Defendants. | **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANT HANSEN BARNETT & MAXWELL, P.C.'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Civil No. 2:12-cv-00956-JCM-GWF<br>Judge James C. Mahan |

Pursuant to Local Rule 6-2, Plaintiffs Oaktree Capital Management, L.P., Lazard Asset Management LLC, Angelo, Gordon & Co., LP, Zazove Associates LLC, CNH Partners, LLC, Advent Capital Management, LLC, AQR Capital Management, LLC and HFR Lazard Rathmore Master Trust ("Plaintiffs") and Defendant Hansen, Barnett & Maxwell, by and through their undersigned counsel, hereby stipulate to extend to August 15, 2012 the deadline for Defendant Hansen Barnett & Maxwell to answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

DATED this 29th day of June, 2012.

/s/ Michael D. Stanger
MICHAEL D. STANGER
CALLISTER NEBEKER & McCULLOUGH

JOHN P. ALDRICH, ESQ.
ALDRICH LAW FIRM, LTD.
*Attorneys for Hansen, Barnett & Maxwell, P.C.*

DATED this 29th day of June, 2012.

/s/ Gary R. Goodheart
GARY R. GOODHEART
JONES VARGAS

STUART M. GRANT
MEGAN D. MCINTYRE
CHRISTINE M. MACKINTOSH
GRANT & EISENHOFER P.A.
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: ____________________

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANT HANSEN BARNETT & MAXWELL, P.C.'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was served using the Court's CM/ECF system on the 29th day of June 2012, on the following:

Stuart M. Grant, Esq.
Megan D. McIntyre, Esq.
Christine M. Mackintosh, Esq.
Grant & Eisenhofer P.A.
123 Justison St.
Wilmington, DE 19801

Gary R. Goodheart, Esq.
Jones Vargas
3773 Howard Hughes Pkwy.
3rd Floor So.
Las Vegas, NV 89109

/s/ Michael D. Stanger