**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OAKTREE CAPITAL MANAGEMENT, L.P., et al.,

Plaintiff(s),

vs.

KPMG, et al.,

Defendant(s).

Case #12-CV-00956-JMC-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

Geoffrey F. Aronow (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Bingham McCutchen LLP (firm name)

with offices at 2020 K Street, NW (street address), Washington (city), District of Columbia (state), 20006 (zip code), 202 373-6277 (area code + telephone number), geoffrey.aronow@bingham.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by KPMG (a Hong Kong partnership) [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since June 21, 1982 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, District of Columbia | January 1, 1987 | |
| U.S. Court of Appeals, First Circuit | | |
| U.S. Court of Appeals, Sixth Circuit | | |
| U.S. District Court, District of Columbia | January 1, 1989 | |
| U.S. Supreme Court | January 1, 1987 | |
| District of Columbia | June 21, 1982 | 362321 |
| New York | January 1, 2005 | 4300760 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None



Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association
D.C. Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 8.6.12 | Delaware PERS v. KPMG, et. al., | 12-cv-00961-JCM-GWF (D. Nev.) | Pending |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF District of Columbia )
)
COUNTY OF ______________ )

Geoffrey F. Aronow, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

26th day of July, 2012.

Notary Public or Clerk of Court

Cathy A. McGrail
Notary Public, District of Columbia
My Commission Expires 1/14/2016

CATHY A. McGRAIL NOTARY PUBLIC MY COMMISSION EXPIRES 1/14/2016 DISTRICT OF COLUMBIA

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate J. Colby Williams (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

700 South Seventh Street, (street address)

Las Vegas (city), Nevada (state), 89101 (zip code),

712 382-5222 (area code + telephone number), jcw@campbellandwilliams.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) J. Colby Williams (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(Party signature)

______________________________
(Party signature)

______________________________
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

J. Colby Williams
Designated Resident Nevada Counsel's signature

5549 jcw@campbellandwilliams.com
Bar number Email address

APPROVED:

Dated: this ______ day of ________________, 20___.

______________________________
UNITED STATES DISTRICT JUDGE

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**GEOFFREY FRANCIS ARONOW**

was, on the 3rd day of April A.D. 1989 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 30th day of July A.D. 2012.

**ANGELA D. CAESAR, CLERK**

By: ______________________

**Deputy Clerk**