John H. Cotton, Esq.
Nevada Bar Number 5268
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: jcotton@cdwnvlaw.com

*Attorneys for defendant KPMG LLP*

George A. Salter
(Pro Hac Application Forthcoming)
Peter J. Dennin
(Pro Hac Application Forthcoming)
Nathaniel E. Marmon
(Pro Hac Application Forthcoming)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: george.salter@hoganlovells.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,

Plaintiffs,

KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,

Defendants.

No. 2:12-CV-00956-JCM-(GWF)

**DEFENDANT KPMG LLP'S MOTION TO DISMISS PLAINTIFFS' SECOND, THIRD, FOURTH, SIXTH, SEVENTH, TENTH, TWELFTH, AND THIRTEENTH CLAIMS AS AGAINST KPMG LLP**

PLEASE TAKE NOTICE that upon the accompanying memorandum of points and authorities, dated September 4, 2012, defendant KPMG LLP will move this Court before the Honorable James C. Mahan at the United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101 for an order dismissing plaintiff's second, third, fourth, sixth, seventh, tenth, twelfth,

and thirteenth claims as against KPMG LLP pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: September 4, 2012.

COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON

By: /s/ John H. Cotton
John H. Cotton, Esq.
Nevada Bar Number 5268
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: jcotton@cdwnvlaw.com

Of counsel:

George A. Salter
(Pro Hac Application Forthcoming)
Peter J. Dennin
(Pro Hac Application Forthcoming)
Nathaniel E. Marmon
(Pro Hac Application Forthcoming)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022

*Attorneys for defendant KPMG LLP*