John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd. Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 853-5491 (fax)
jaldrich@johnaldrichlawfirm.com

Michael D. Stanger, Esq.
CALLISTER NEBEKER & MCCULLOUGH
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
(801) 530-7386
(801) 364-9127 (fax)
mstanger@cnmlaw.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>Defendants. | Case No.: 12-cv-00956-JCM-GWF<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL FOR HANSEN, BARNETT & MAXWELL, P.C. AND [PROPOSED] ORDER** |

COMES NOW Defendant HANSEN, BARNETT & MAXWELL, P.C., by and through John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., and Michael D. Stanger, Esq., of the law firm Callister Nebeker & McCullough, and hereby moves to substitute David S. Kahn, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, at 300 South Fourth Street, Eleventh Floor, Las Vegas, Nevada 89101, phone number (702) 727-1400, as counsel for Defendant HANSEN, BARNETT &

MAXWELL, P.C. in the place and stead of John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., and Michael D. Stanger, Esq., of the law firm Callister Nebeker & McCullough, in the above-entitled action.

The Honorable Court is respectfully requested to approve the instant motion.

Dated this 27th day of September, 2012.

**ALDRICH LAW FIRM, LTD.**

John P. Aldrich, Esq.
Nevada Bar No. 6877
1601 S. Rainbow Blvd. Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 853-5491 (fax)
jaldrich@johnaldrichlawfirm.com

**CALLISTER NEBEKER & MCCULLOUGH**

Michael D. Stanger, Esq.
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
(801) 530-7386
(801) 364-9127 (fax)
mstanger@cnmlaw.com

Defendant HANSEN, BARNETT & MAXWELL, P.C. hereby requests leave to substitute David S. Kahn, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as its attorneys of record in place and instead of John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., and Michael D. Stanger, Esq., of the law firm Callister Nebeker & McCullough.

Dated this 27th day of September, 2012.

**HANSEN, BARNETT & MAXWELL, P.C.**

Robert K. Bowen
President

David S. Kahn, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby consents to being the new attorney of record for Defendant HANSEN, BARNETT & MAXWELL, P.C. in this matter.

Dated this 27th day of September, 2012.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

David S. Kahn, Esq.
Nevada Bar No. 7038
300 South Fourth Street, Eleventh Floor
Las Vegas, Nevada 89101
(702) 727-1400
(702) 727-1401 (fax)
David.Kahn@wilsonelser.com

John P. Aldrich, Esq., of the Aldrich Law Firm, Ltd., and Michael D. Stanger, Esq., of the law firm Callister Nebeker & McCullough, hereby agree and consent to the substitution of David S. Kahn, Esq. as the new attorney of record for Defendant HANSEN, BARNETT & MAXWELL, P.C. in this matter.

Dated this 27th day of September, 2012.

**ALDRICH LAW FIRM, LTD.**

John P. Aldrich, Esq.
Nevada Bar No. 6877
1601 S. Rainbow Blvd. Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 853-5491 (fax)
jaldrich@johnaldrichlawfirm.com

**CALLISTER NEBEKER & MCCULLOUGH**

Michael D. Stanger, Esq.
Zions Bank Building
10 East South Temple, Suite 900
Salt Lake City, Utah 84133
(801) 530-7386
(801) 364-9127 (fax)
mstanger@cnmlaw.com

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: September 28, 2012