UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  2:12-cv-00956-JCM-GWF<br><br><br><br>**ORDER** |

　　　This matter came before the Court on Defendant Hansen Barnett & Maxwell P.C.'s Emergency Motion to Quash Subpoena in Violation of PSLRA Automatic Stay (#78) filed on September 19, 2012; KPMG HK'S Joinder to the Motion (#80), filed September 20, 2012; Defendant Morgan Stanley & Co. LLC's Joinder to the Motion (#81); and Plaintiffs' Opposition to the Motion (#86).   Appearances were noted for the record.

　　　The Court finds that it lacks jurisdiction to quash a subpoena issued by the United States Bankruptcy Court, District of Nevada.  The motion should properly have been brought in, and addressed by, the United States Bankruptcy Court for the District of Nevada.  For this reason, the Emergency Motion to Quash Subpoena in Violation of PSLRA Automatic Stay (#78) is denied.

　　　**IT IS SO ORDERED**.

　　　DATED this 3rd day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge