GARY G. GOODHEART (Nevada Bar #1203)
AMANDA J. COWLEY (Nevada Bar #4578)
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8025
E-mail: ggoodheart@fclaw.com
        acowley@fclaw.com

STUART M. GRANT (*Admitted Pro Hac Vice*)
MEGAN D. MCINTYRE (*Admitted Pro Hac Vice*)
CHRISTINE M. MACKINTOSH (*Admitted Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
E-mail: sgrant@gelaw.com
        mmcintyre@gelaw.com
        cmackintosh@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiffs,<br>v.<br><br>KPMG, LLP KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>Defendants. | Case No.: 2:12-cv-00956-JCM-(GWF)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISCOVERY PLAN/ SCHEDULING ORDER**<br><br>[First Request] |

7537858.2/031865.0001

1       Plaintiffs OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST (collectively, "Plaintiffs"), together with KPMG LLP and HANSEN BARNETT & MAXWELL, P.C. hereby stipulate and agree pursuant to Local Rule 26-4 to extend the time for submitting a Discovery Plan and Scheduling Order by thirty (30) days, on the grounds that new counsel Williams & Connelly have, just today, substituted in place of Hogans Lovell US LLP as counsel for Defendant KPMG LLP.

      No Discovery Plan or Scheduling Order has been submitted and this is the first request for the relief sought.

**APPROVED AS TO FORM AND CONTENT**

Dated: October 19, 2012           /s/ Amanda J. Cowley
                                     GARY G. GOODHEART #1203
                                     AMANDA J. COWLEY #4578
                                     FENNEMORE CRAIG JONES VARGAS
                                     300 S. Fourth Street, Suite 1400
                                     Las Vegas, NV 89101

                                     and

                                     STUART M. GRANT (Admitted Pro Hac Vice)
                                     MEGAN D. MCINTYRE
                                     (Admitted Pro Hac Vice)
                                     CHRISTINE M. MACKINTOSH
                                     (Admitted Pro Hac Vice)
                                     GRANT & EISENHOFER P.A.
                                     123 Justison Street
                                     Wilmington, DE 19801

                                     *Attorneys for Plaintiffs*

7537858.2/031865.0001

| | | |
|---|---|---|
| 1 | Dated: October 19, 2012. | /s/ John H. Cotton |
| 2 | | JOHN H. COTTON |
| | | COTTON, DRIGGS, WALCH, HOLLEY, |
| 3 | | WOLOSON & THOMPSON |
| | | 400 S. Fourth St., 3rd Floor |
| 4 | | Las Vegas, NV 89101 |

*Attorneys for Defendant KPMG LLP*

Dated: October 19, 2012.                    /s/ David S. Kahn
                                            DAVID S. KAHN
                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
                                            300 South 4th Street
                                            Las Vegas, NV 89101

*Attorneys for Defendant*
*Hansen, Barnett & Maxwell, P.C.*

**IT IS SO ORDERED.**

Dated: __October 22__, 2012.             /s/ George Foley Jr.
                                          The Honorable George W. Foley, Jr.
                                          United States Magistrate Judge

7537858.2/031865.0001