GARY R. GOODHEART
Nevada Bar #1203
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
E-mail: ggoodheart@fclaw.com

STUART M. GRANT (*Admitted Pro Hac Vice)*
MEGAN D. MCINTYRE (*Admitted Pro Hac Vice*)
CHRISTINE M. MACKINTOSH (*Admitted Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
E-mail: sgrant@gelaw.com
mmcintyre@gelaw.com
cmackintosh@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiffs,<br>v.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>Defendants. | Case No.: 2:12-cv-00956-JCM-(GWF)<br><br>**STIPULATION AND ORDER CONCERNING PLAINTIFFS' MOTION TO DISQUALIFY HOGAN LOVELLS US LLP AS COUNSEL FOR DEFENDANT KPMG LLP** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Oaktree Capital Management, L.P., Lazard Asset Management LLC, Angelo, Gordon & Co., L.P., Zazove Associates LLC, CNH Partners LLC, Advent Capital Management, LLC, AQR Capital Management, LLC, and HFR CA Lazard Rathmore Master Trust (collectively, "Plaintiffs") and defendant KPMG LLP, through their undersigned counsel, as follows:

1. On September 25, 2012, Plaintiffs filed a motion to disqualify the law firm of Hogan Lovells US LLP ("Hogan Lovells") and its attorneys from representing KPMG LLP in this action. *See* Docket No. 82. Plaintiffs asserted that Hogan Lovells suffered from an irreconcilable conflict of interest due to its representation of the Official Committee of Unsecured Creditors of ShengdaTech, Inc., and that Hogan Lovells possessed confidential information concerning Plaintiffs' assessment of their legal claims and communications between Plaintiffs and their counsel ("Confidential Information").

2. On October 19, 2012, KPMG LLP filed a Notice Of Substituting Counsel, indicating that it has retained Williams & Connolly LLP to replace Hogan Lovells as its counsel in this action. Docket No. 102. Williams & Connolly LLP will move to appear *pro hac vice* in this action.

3. Hogan Lovells: (a) has not shared any Confidential Information with current counsel for KPMG LLP, any other defendant, or counsel for any other defendant in this action; (b) has withdrawn as counsel for KPMG LLP and will have no further involvement in this action as counsel for KPMG LLP or any other defendant; and (c) will not share Confidential Information with any defendant or counsel for any defendant concerning this action in the future. Nothing herein shall prevent Hogan Lovells from providing successor counsel with information, other than Confidential Information, reasonably necessary to successor counsel's representation of KPMG LLP, including public filings, discovery papers, correspondence with other counsel, information received from KPMG LLP, and information concerning the prior filings and correspondence in this case, provided that no Confidential Information or work product reflecting Confidential Information (if any) will be provided to successor counsel.

4. Based upon the foregoing, Plaintiffs' motion to disqualify Hogan Lovells is denied as moot.

Dated: October 25, 2012

/s/ Gary R. Goodheart
GARY G. GOODHEART
Nevada Bar #1203
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099

STUART M. GRANT
(*Admitted Pro Hac Vice*)
MEGAN D. MCINTYRE
(*Admitted Pro Hac Vice*)
CHRISTINE M. MACKINTOSH
(*Admitted Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Attorneys for Plaintiffs*

Dated: October 25, 2012

/s/ John H. Cotton
JOHN H. COTTON
Nevada Bar #5268
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

*Attorneys for Defendant KPMG LLP*

IT IS SO ORDERED. Dated: October 26, 2012

George Foley Jr.

GEORGE FOLEY, JR.
United States Magistrate Judge