GARY R. GOODHEART (Nevada Bar #1203)
AMANDA J. COWLEY (Nevada Bar #4578)
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8025
E-mail: ggoodheart@fclaw.com
acowley@fclaw.com

STUART M. GRANT (*Admitted Pro Hac Vice)*
MEGAN D. MCINTYRE (*Admitted Pro Hac Vice*)
CHRISTINE M. MACKINTOSH (*Admitted Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
E-mail: sgrant@gelaw.com
mmcintyre@gelaw.com
cmackintosh@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>Defendants. | Case No.: 2:12-cv-00956-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS**<br><br>[Second Request] |

Plaintiffs OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST and Defendants KPMG, a Hong Kong partnership ("KPMG HK"), KPMG INTERNATIONAL COOPERATIVE ("KPMG International"), KPMG LLP ("KPMG"), HANSEN, BARNETT & MAXWELL, P.C. ("HBM"), and MORGAN STANLEY & CO. ("Morgan Stanley") hereby stipulate and agree:

A. There are currently pending before this court two related cases: (a) *Oaktree Capital Management, L.P., et al. vs. KPMG, et al.*, Case No. 2:12-cv-00956-JCM-GWF ("Oaktree Action"), and (b) *Delaware Public Employees' Retirement System vs. KPMG, et al.*, Case No. 2:12-cv-00961-JCM-GWF ("DPERS Action").

B. The parties in each of the cases are considering stipulating to the consolidation of the cases and permitting the filing of a consolidated complaint. Their discussions have been hampered by the recent hurricane.

C. There are motions to dismiss pending in the Oaktree Action (Doc. Nos. 64, 68, 69, 71, and 73). Plaintiffs' points and authorities in opposition to the motions to dismiss are due November 5, 2012. The Discovery Plan and Scheduling Order is due November 21, 2012.

D. There are motions to dismiss pending in the DPERS Action (Doc. Nos. 49, 51, 53, 54, and 56). Plaintiffs' points and authorities in opposition to the motions are due November 5, 2012 and November 19, 2012. The Discovery Plan and Scheduling Order is due November 5, 2012.

E. The parties in each of the cases wish to continue their discussions about consolidating the cases and permitting Plaintiffs to file a consolidated complaint.

. . .

. . .

. . .

Based on the foregoing, the parties stipulate that the deadline for Plaintiffs to file their opposition to the pending motions to dismiss (Doc. Nos. 64, 68, 69, 71, and 73) may be extended for one week, until November 12, 2012.

Dated: November 2, 2012

/s/ Gary R. Goodheart
GARY R. GOODHEART #1203
AMANDA J. COWLEY #4578
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101

STUART M. GRANT (*admitted pro hac vice*)
MEGAN D. MCINTYRE
(*admitted pro hac vice*)
CHRISTINE M. MACKINTOSH
(Admitted Pro Hac Vice)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801

*Attorneys for Plaintiffs*

Dated: November 2, 2012.

/s/ Edward S. Kim
DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101

EDWARD S. KIM (*admitted pro hac vice*)
CRAIG A. TAGGART (*admitted pro hac vice*)
BINGHAM MCCUTHCEN LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653

GEOFFREY F. ARONOW (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington, DC 20006-1806

*Attorneys for Defendant KPMG*

Dated: November 2, 2012.

/s/ Kenneth M. Katz
ANDREW P. GORDON
MCDONALD CARANO WILSON LLP
2300 W. Sahara Ave., No. 10, Ste. 1000
Las Vegas, NV 89102

WILLIAM R. MAGUIRE (*admitted pro hac vice*)
KENNETH M. KATZ (*admitted pro hac vice*)
YOSHINORI M. SASAO (*admitted pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant*
*KPMG International Cooperative*

Dated: November 2, 2012.

/s/ John H. Cotton
JOHN H. COTTON
CHRISTOPHER G. RIGLER
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

*Attorneys for Defendant KPMG LLP*

Dated: November 2, 2012.

/s/ David S. Kahn
DAVID S. KAHN
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street
Las Vegas, NV 89101

BENJAMIN TULIS (*admitted pro hac vice*)
PETER LARKIN (*admitted pro hac vice*)
WILLIAM KELLY (*admitted pro hac vice*)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604

*Attorneys for Defendant*
*Hansen, Barnett & Maxwell, P.C.*

Dated: November 2, 2012.

/s/ Lucy C. Hynes

MARK G. KRUM
MATTHEW W. PARK
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

JOHN P. BUEKER (*admitted pro hac vice*)
LUCY C. HYNES (*admitted pro hac vice*)
RANDALL W. BODNER (*admitted pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199

*Attorneys for Defendant*
*Morgan Stanley & Co.*

**IT IS SO ORDERED.**

Dated: November 6, 2012.

James C. Mahan

UNITED STATES DISTRICT JUDGE