GARY R. GOODHEART (Nevada Bar #1203)
AMANDA J. COWLEY (Nevada Bar #4578)
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8025
E-mail: ggoodheart@fclaw.com
acowley@fclaw.com

STUART M. GRANT (*Admitted Pro Hac Vice)*
MEGAN D. MCINTYRE (*Admitted Pro Hac Vice*)
CHRISTINE M. MACKINTOSH (*Admitted Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
E-mail: sgrant@gelaw.com
mmcintyre@gelaw.com
cmackintosh@gelaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST,<br><br>Plaintiffs,<br>v.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>Defendants. | Case No.: 2:12-cv-00956-JCM-GWF<br><br>**STIPULATION AND ORDER CONCERNING CONSOLIDATION OF CASES** |

WHEREAS, plaintiffs OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, and HFR CA LAZARD RATHMORE MASTER TRUST (collectively, "Plaintiffs") commenced this action, captioned *Oaktree Capital Management, L.P., et al. vs. KPMG, et al.*, Case No. 2:12-cv-00956-JCM-GWF (the "Oaktree Action") by filing a complaint on June 6, 2012 against defendants KPMG, a Hong Kong partnership, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, MORGAN STANLEY & CO. and HANSEN, BARNETT & MAXWELL, P.C. (collectively, "Defendants"); and

WHEREAS, an action involving substantially similar facts and allegations to the Oaktree Action was commenced on June 6, 2012, by the filing of a separate complaint by the Delaware Public Employees' Retirement System under the caption *Delaware Public Employees' Retirement System vs. KPMG, et al.*, Case No. 2:12-cv-00961-JCM-GWF (the "DPERS Action"); and

WHEREAS, Defendants have moved to dismiss the complaints in the Oaktree Action and the DPERS Action, which motions are currently pending; and

WHEREAS, the plaintiffs in the Oaktree Action and the DPERS Action have provided Defendants a proposed consolidated complaint that, in addition to consolidating the claims in the two actions into a single complaint, seeks to address certain arguments made by Defendants in their currently pending motions to dismiss; and

WHEREAS, Defendants have consented to the consolidation of the Oaktree Action and the DPERS Action and to the filing of the proposed consolidated complaint, subject to the terms set forth herein;

NOW, THEREFORE, it is hereby stipulated and agreed between Plaintiffs and Defendants as follows:

A. The Oaktree Action and the DPERS Action shall be consolidated for all purposes under Case No. 2:12-cv-00956-JCM-GWF. All future pleadings and court filings concerning the Oaktree Action or the DPERS Action shall be filed only in Case No. 2:12-cv-00956-JCM-GWF.

B. Within three (3) business days after the Court's approval of this Stipulation and Order, Plaintiffs will file a consolidated complaint in substantially the form attached hereto as Exhibit A ("Consolidated Complaint") in Case No. 2:12-cv-00956-JCM-GWF, and this Consolidated Complaint shall thereafter be the operative complaint in the consolidated action.

C. The motions to dismiss that are pending with respect to the initially-filed complaint in the Oaktree Action (Doc. Nos. 64, 68, 69, 71, and 73 in Case No. 2:12-cv-00956-JCM-GWF) and with respect to the initially-filed complaint in the DPERS Action (Doc. Nos. 49, 51, 53, 54, and 56 in Case No. 2:12-cv-00961-JCM-GWF) shall be deemed moot.

D. The following schedule shall govern Defendants' response(s) to the Consolidated Complaint and the briefing of any motions to dismiss:

(1) Defendants shall answer or move in response to the Consolidated Complaint within forty-five (45) days after the Court deems the Consolidated Complaint filed;

(2) Plaintiffs shall respond to any such motion(s) within forty-five (45) days after the date the last motion is filed; and

(3) Defendants' reply submission(s) with respect to any such motion(s) shall be filed within thirty (30) days after the filing of Plaintiffs' response.

E. The parties acknowledge that there is a stay of discovery currently in effect in the actions pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), and that this stay will remain in effect pending resolution of Defendants' motion(s) to dismiss the Consolidated Complaint, unless modified or lifted prior to that date by order of the Court.

F. The parties in each of the cases believe that the submission of a Discovery Plan and Scheduling Order would be premature until the Court rules on the motions to dismiss the

Consolidated Complaint, and respectfully request that the Court vacate the pending deadlines for submission of a Discovery Plan and Scheduling Order (November 12, 2012 in the DPERS Action and November 21, 2012 in the Oaktree Action).

Dated: November 9, 2012

/s/ Gary R. Goodheart
GARY R. GOODHEART #1203
AMANDA J. COWLEY #4578
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101

STUART M. GRANT (*admitted pro hac vice*)
MEGAN D. MCINTYRE
(*admitted pro hac vice*)
CHRISTINE M. MACKINTOSH
(Admitted Pro Hac Vice)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801

*Attorneys for Plaintiffs*

Dated: November 9, 2012.

/s/ J. Colby Williams
DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101

EDWARD S. KIM (*admitted pro hac vice*)
CRAIG A. TAGGART (*admitted pro hac vice*)
BINGHAM MCCUTHCEN LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653

GEOFFREY F. ARONOW (*admitted pro hac vice*)
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington, DC 20006-1806

*Attorneys for Defendant KPMG*

Dated: November 9, 2012.

/s/ Kenneth M. Katz
ANDREW P. GORDON
MCDONALD CARANO WILSON LLP
2300 W. Sahara Ave., No. 10, Ste. 1000
Las Vegas, NV 89102

WILLIAM R. MAGUIRE (*admitted pro hac vice*)
KENNETH M. KATZ (*admitted pro hac vice*)
YOSHINORI M. SASAO (*admitted pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant*
*KPMG International Cooperative*

Dated: November 9, 2012.

/s/ John H. Cotton
JOHN H. COTTON
CHRISTOPHER G. RIGLER
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

*Attorneys for Defendant KPMG LLP*

Dated: November 9, 2012.

/s/ David S. Kahn
DAVID S. KAHN
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street
Las Vegas, NV 89101

BENJAMIN TULIS (*admitted pro hac vice*)
PETER LARKIN (*admitted pro hac vice*)
WILLIAM KELLY (*admitted pro hac vice*)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604

*Attorneys for Defendant*
*Hansen, Barnett & Maxwell, P.C.*

Dated: November 9, 2012.

/s/ Mark G. Krum
MARK G. KRUM
MATTHEW W. PARK
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

JOHN P. BUEKER (*admitted pro hac vice*)
LUCY C. HYNES (*admitted pro hac vice*)
RANDALL W. BODNER (*admitted pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199

*Attorneys for Defendant*
*Morgan Stanley & Co.*

**IT IS SO ORDERED.**

Dated: November 16, 2012.

James C. Mahan
UNITED STATES DISTRICT JUDGE