# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, *et al.*,<br><br>          Defendants. | Case No.  2:12-cv-00956-JCM-GWF |
| DELAWARE PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>          Plaintiff,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>          Defendants. | **Consolidated with:**<br>Case No.  2:12-cv-00961-JCM-GWF<br><br><br><br>**ORDER** |

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Stipulation and Order to Extend Time for Filing Discovery Plan/Scheduling Order (#107) granted the parties an extension of time to submit a discovery plan and scheduling by November 21, 2012.  To date, the parties have not complied.  Accordingly,

. . .

. . .

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 10, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge