# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, *et al.*,<br><br>        Defendants. | Case No. 2:12-cv-00956-JCM-GWF |
| DELAWARE PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>        Plaintiff,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,<br><br>        Defendants. | **Consolidated with:**<br>Case No. 2:12-cv-00961-JCM-GWF<br><br><br>**ORDER** |

Pursuant to the Stipulation and Order Concerning Consolidation of Cases (#119), filed November 16, 2012, the filing of a discovery plan is stayed pending a decision on the pending motions to dismiss the Consolidated Complaint.

**IT IS HEREBY ORDERED** that the **December 10, 2012** deadline to file a discovery plan is vacated.

. . .

. . .

**IT IS FURTHER ORDERED** that a discovery plan and scheduling order shall be filed no later than fourteen (14) days after the denial of the motions to dismiss.

DATED this 29th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge