1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**
7

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KPMG, KPMG INTERNATIONAL COOPERATIVE, *et al.,* <br><br> Defendants. | Case No.  2:12-cv-00956-JCM-GWF |
| DELAWARE PUBLIC EMPLOYEES' RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> vs. <br><br> KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO., <br><br> Defendants. | **Consolidated with:** <br> Case No.  2:12-cv-00961-JCM-GWF <br><br><br> **ORDER** |

Pursuant to the Stipulation and Order Concerning Consolidation of Cases (#119), filed November 16, 2012, the filing of a discovery plan is stayed pending a decision on the pending motions to dismiss the Consolidated Complaint.

**IT IS HEREBY ORDERED** that the **December 10, 2012** deadline to file a discovery plan is vacated.

. . .

. . .

**IT IS FURTHER ORDERED** that a discovery plan and scheduling order shall be filed no later than fourteen (14) days after the denial of the motions to dismiss.

DATED this 29th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge