John H. Cotton, Esq.
Nevada Bar Number 5268
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: jcotton@cdwnvlaw.com

John K. Villa, Esq. (Admitted Pro Hac Vice)
Kevin M. Hodges, Esq. (Admitted Pro Hac Vice)
William P. Ashworth, Esq. (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: khodges@wc.com

*Attorneys for Defendant KPMG LLP*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KPMG; KPMG INTERNATIONAL COOPERATIVE; KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C.; and MORGAN STANLEY & CO.,<br><br>Defendants. | No. 2:12-CV-00956-JCM-(GWF) |

**DEFENDANT KPMG LLP'S MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST KPMG LLP**

PLEASE TAKE NOTICE that upon the accompanying memorandum of points and authorities, dated January 7, 2013, Defendant KPMG LLP will move this Court before the Honorable James C. Mahan at the United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101, for an order dismissing all of Plaintiffs' Claims Against KPMG LLP (the

Fourth, Seventh, and Eleventh Claims, as against KPMG LLP) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: January 7, 2013.

Respectfully Submitted,

By: __/s/ John. H. Cotton____
John H. Cotton
Nevada Bar Number 5268

COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: jcotton@cdwnvlaw.com

John K. Villa (Admitted *Pro Hac Vice*)
(jvilla@wc.com)
Kevin M. Hodges (Admitted *Pro Hac Vice*)
(khodges@wc.com)
William P. Ashworth (Admitted *Pro Hac Vice*) (washworth@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant KPMG LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of January, 2013, I caused a true and correct copy of Defendant KPMG LLP's Motion to Dismiss Plaintiffs' Claims Against KPMG LLP to be filed with the Clerk of the Court by using CM/ECF service, which will provide copies to all counsel of record registered to receive CM/ECF notifications in this case.

_/s/ William P. Ashworth________
William P. Ashworth

*Attorney for KPMG LLP*