Mark G. Krum
Nevada Bar #10913
mkrum@lrlaw.com
LEWIS & ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
+1 702 949 8217
+1 702 216 6234

Randall W. Bodner (*Admitted Pro Hac Vice*)
John P. Bueker (*Admitted Pro Hac Vice)*
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-3600
+1 617 951 7000
+1 617 951 7050

Lucy C. Hynes (*Admitted Pro Hac Vice)*
ROPES & GRAY LLP
One Metro Center, 700 12th Street, NW, Suite 900
Washington, DC 20005-3948
+1 202 508 4600
+1 202 508 4650
*Attorneys for Defendant Morgan Stanley & Co. LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, ADVENT CAPITAL MANAGEMENT, LLC, AQR CAPITAL MANAGEMENT, LLC, HFR CA LAZARD RATHMORE MASTER TRUST, and DELAWARE PUBLIC EMPLOYEES' RETIREMENT SYSTEM

Plaintiffs,

v.

KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,

Defendants.

Case No. 2:12-cv-00956-JCM-(GWF)

**DEFENDANT MORGAN STANLEY & CO. LLC'S MOTION TO DISMISS PLAINTIFFS' EIGHTH AND NINTH CLAIMS FOR RELIEF**

Defendant Morgan Stanley & Co. LLC, by and through the undersigned attorney of record, hereby moves this Court to dismiss the Plaintiff's Eighth and Ninth Claims for Relief pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is based upon the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and any oral argument the Court may permit on the matter.

Dated: January 7, 2013

Respectfully submitted,

By */s/ John P. Bueker*

Mark G. Krum
Nevada Bar #10913
Matthew W. Park
Nevada Bar #12062
LEWIS & ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
+1 702 949 8217
+1 702 216 6234

Randall W. Bodner (*Admitted Pro Hac Vice)*
John P. Bueker (*Admitted Pro Hac Vice)*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
+1 617 951 7000
+1 617 951 7050

Lucy C. Hynes (*Admitted Pro Hac Vice)*
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
+1 202 508 4600
+1 202 508 4650

*Attorneys for Defendant*
*Morgan Stanley & Co. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant Morgan Stanley & Co. LLC's Motion to Dismiss Plaintiffs' Eighth and Ninth Claims was served on January 7, 2012 by causing a true copy of same to be transmitted by CM/ECF Electronic Filing System to:

Gary R. Goodheart
Amanda J. Cowley
Fennemore Craig Jones Vargas
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

Cynthia L. Collins
Ralph K. Durstein III
State of Delaware
Deputy Attorneys General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Christine Mackintosh
Megan D. McIntyre
Stuart M. Grant
Grant & Eisenhofer P.A.
123 Justion Street
Wilmington, DC 19801
*Attorneys for Plaintiffs*

J. Colby Williams
Donald J. Campbell
Campbell & Williams
700 S. 7th Street
Las Vegas, NV 89101
*Attorney for Defendant KPMG*

John K. Villa
Kevin M. Hodges
William Pruitt Ashworth
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
*Attorneys for Defendant KPMG LLP*

Craig A. Taggart
Edward S. Kim
Geoffrey F. Aronow
Bingham McCutchen LLP
600 Anton Blvd
Costa Mesa, CA 92626
*Attorneys for Defendant KPMG*

Andrew P. Gordon
Kenneth M. Katz
William R. Maguire
Yoshinori M. Sasao
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
*Attorneys for Defendant KPMG International Cooperative*

Christopher G. Rigler
John H. Cotton
Cotton & Associates
2300 West Sahara Avenue
Suite 420, Box 15
Las Vegas, NV 89102
*Attorneys for Defendant KPMG LLP*

Benjamin Tulis
David S. Kahn
Peter Larkin
William Kelly
Wilson Elser Moskowitz Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
*Attorney for Defendant Hansen, Barnett & Maxwell, PC*

*/s/ John P. Bueker*
John P. Bueker
ROPES & GRAY LLP