**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., et al.,<br>Plaintiff(s),<br>v.<br>KPMG, et al.,<br>Defendant(s). | 2:12-CV-956 JCM (GWF) |

**ORDER**

Presently before the court is defendant KPMG, a Hong Kong partnership's ("KPMG HK"), motion for leave to file brief in excess of thirty (30) pages. (Doc. # 123). Defendant KPMG HK seeks leave of the court pursuant to local rule 7-4.

Local rule 7-4 limits motions and responses to 30 pages, and replies to 20 pages. Defendant KPMG HK requests permission to file a motion to dismiss that is no longer than 40 pages.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant KPMG HK's motion for leave to file brief in excess of thirty (30) pages (doc. # 123) be, and the same hereby, is GRANTED.

DATED January 8, 2013.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**