GARY R. GOODHEART
Nevada Bar #1203
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099

*Local Counsel for all Plaintiffs*

STUART M. GRANT (*Pro Hac Vice*)
MEGAN D. McINTYRE (*Pro Hac Vice*)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Counsel for Plaintiffs Oaktree Capital Management, L.P., Lazard Asset Management LLC, Angelo, Gordon & Co., L.P., Zazove Associates, LLC, CNH Partners, LLC, Advent Capital Management, LLC, AQR Capital Management, LLC, and HFR CA Lazard Rathmore Master Trust*

CYNTHIA L. COLLINS (*Pro Hac Vice*)
STATE OF DELAWARE
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 577-8400
Facsimile: (302) 577-6630

*Counsel for Plaintiff Delaware Public Employees' Retirement System*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>KPMG, a Hong Kong partnership, et al,<br><br>Defendants. | No. 2:12-CV-00956-JCM(GWF)<br><br>**STIPULATION AND ORDER ALLOWING THE FILING OF A CONSOLIDATED OPPOSITION BRIEF OF UP TO EIGHTY PAGES IN LENGTH IN RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** |

The parties, by and through their undersigned counsel, have stipulated and agreed as follows:

WHEREAS, on January 7, 2013, each of the five defendants in this action filed a motion to dismiss the plaintiffs' Consolidated Complaint;

WHEREAS, the defendants' motions to dismiss are supported by five separate memoranda of points and authorities, consisting of a total of 139 pages;

WHEREAS, this Court's rules permit the plaintiffs to file five separate responsive memoranda of up to 30 pages each (for a total of 150 pages), but because there is some overlap between the issues raised in the motions the dismiss, the plaintiffs believe that efficiency would best be served by filing one consolidated responsive memorandum; and

WHEREAS, each of the defendants has consented to the plaintiffs filing a consolidated memorandum not exceeding 80 pages in length in response to the motions to dismiss, provided that this does not affect the defendants' rights to make separate reply submissions;

NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED and ORDERED that:

1. The plaintiffs may file a consolidated memorandum of points and authorities not exceeding 80 pages in length, in opposition to the motions to dismiss pending before the Court;

2. Nothing herein shall affect the defendants' rights to file separate reply memoranda.

Dated: February 15, 2013

*<u>/s/ Gary R. Goodheart</u>*
GARY R. GOODHEART #1203
AMANDA J. COWLEY #4578
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101

*Attorneys for Plaintiffs*

Dated: February 14, 2013

*/s/ J. Colby Williams*
DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101

EDWARD S. KIM (*admitted pro hac vice*)
CRAIG A. TAGGART (*admitted pro hac vice*)
BINGHAM MCCUTHCEN LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653

*Attorneys for Defendant KPMG*

Dated: February 15, 2013

*/s/ Andrew P. Gordon*
ANDREW P. GORDON
MCDONALD CARANO WILSON LLP
2300 W. Sahara Ave., No. 10, Ste. 1000
Las Vegas, NV 89102

WILLIAM R. MAGUIRE (*admitted pro hac vice*)
KENNETH M. KATZ (*admitted pro hac vice*)
YOSHINORI M. SASAO (*admitted pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant KPMG International Cooperative*

Dated: February 14, 2013

*/s/ John H. Cotton*
JOHN H. COTTON
CHRISTOPHER G. RIGLER
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

JOHN K. VILLA (*admitted pro hac vice*)
KEVIN M. HODGES (*admitted pro hac vice*)
WILLIAM P. ASHWORTH (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005

*Attorneys for Defendant KPMG LLP*

Dated: February 14, 2013

/s/ David S. Kahn
DAVID S. KAHN
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street
Las Vegas, NV 89101

BENJAMIN TULIS (*admitted pro hac vice*)
PETER LARKIN (*admitted pro hac vice*)
WILLIAM KELLY (*admitted pro hac vice*)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604

*Attorneys for Defendant Hansen, Barnett & Maxwell, P.C.*

Dated: February 14, 2013

/s/ Mark G. Krum
MARK G. KRUM
MATTHEW W. PARK
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

RANDALL W. BODNER (*admitted pro hac vice*)
JOHN P. BUEKER (*admitted pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199

*Attorneys for Defendant Morgan Stanley & Co.*

**IT IS SO ORDERED.**

Dated: February 19, 2013.

James C. Mahan
The Honorable James C. Mahan
United States District Judge