CAMPBELL & WILLIAMS
Donald J. Campbell
Nevada Bar # 1216
J. Colby Williams
Nevada Bar # 5549
700 S. Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@campbellandwilliams.com
jcw@campbellandwilliams.com

BINGHAM MCCUTCHEN LLP
Jeffrey Q. Smith (Admitted *Pro Hac Vice*)
(NY Bar #1376961)
399 Park Avenue
New York, New York 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378
Email: jq.smith@bingham.com

BINGHAM MCCUTCHEN LLP
Edward S. Kim (*Admitted Pro Hac Vice*)
(CA Bar #192856)
600 Anton Boulevard
Suite 1800
Costa Mesa, California 92626-7653
Telephone: 714.830.0600
Facsimile: 714.830.0700
Email: edward.kim@bingham.com

Attorneys for Defendant
KPMG HK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., on behalf of its managed funds and accounts, LAZARD ASSET MANAGEMENT LLC, on behalf of its managed funds and accounts, ANGELO, GORDON & CO., L.P., on behalf of one of its managed funds, ZAZOVE ASSOCIATES LLC, on behalf of certain of its managed funds and accounts, CNH PARTNERS, LLC, on behalf of its managed funds, ADVENT CAPITAL MANAGEMENT, LLC, on behalf of one of its managed funds, AQR CAPITAL MANAGEMENT, LLC, on behalf of its managed funds, HFR CA LAZARD RATHMORE MASTER TRUST, and DELAWARE PUBLIC EMPLOYEES' | Case No. 12-CV-00956-JCM-(GWF)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)**<br><br>Judge: The Honorable George Foley, Jr. |

RETIREMENT SYSTEM,

Plaintiffs,

v.

KPMG, KPMG INTERNATIONAL COOPERATIVE, KPMG LLP, HANSEN, BARNETT & MAXWELL, P.C., and MORGAN STANLEY & CO.,

Defendants.

Plaintiffs and defendants KPMG, a Hong Kong partnership ("KPMG HK"), KPMG International Cooperative ("KPMG International"), KPMG LLP and Hansen, Barnett & Maxwell, P.C. (collectively, Defendants), by and through their undersigned counsel, have stipulated as follows:

WHEREAS, on November 21, 2012, Plaintiffs filed a Consolidated Complaint with the Court;

WHEREAS, Defendants each moved to dismiss the Consolidated Complaint on January 7, 2013;

WHEREAS, on August 5, 2013, Judge Mahan issued an order granting each of the Defendants' motion to dismiss and dismissing the Consolidated Complaint;

WHEREAS Judge Mahan's August 5, 2013 Order provided that if Plaintiffs sought to file an amended complaint, Plaintiffs were to file a motion seeking leave to file an amended complaint, attaching the proposed amended complaint.

WHEREAS, on September 19, 2013, Plaintiffs filed a Motion for Leave to (I) Substitute and/or Join Plaintiffs and (II) File an Amended Consolidated Complaint ("Motions");

WHEREAS, on September 23, 2013, the Court entered a Minute Order setting the hearing for the Motions for October 25, 2013, at 9:30AM;

WHEREAS, Plaintiffs and Defendants have agreed upon a briefing schedule on the Motions;

WHEREAS, the Parties contacted the Court and were advised that an alternative hearing date of December 17, 2013 was available on the Court's calendar;

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the following schedule shall govern the briefing filed in response to the Motions:

1. Defendants' Oppositions to the Motions will be due on October 21, 2013.

2. Plaintiffs' Reply in support of the Motions will be due on November 11, 2013.

3. Plaintiffs and Defendants hereby request that the Court vacate the October 25, 2013 hearing date on the Motions and reschedule the hearing for December 17, 2013, or for an earlier date between November 11, 2013 and December 17, 2013 that is convenient to the Court

and counsel, in the event such a date becomes available..

DATED: September 27, 2013


*/s/ Gary R. Goodheart*
GARY R. GOODHEART #1203
AMANDA J. COWLEY #4578
FENNEMORE CRAIG JONES VARGAS
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101

*Attorneys for Plaintiffs*


DATED: September 27, 2013


CAMPBELL & WILLIAMS

By: *s/J. Colby Williams*
Donald J. Campbell (Nevada Bar # 1216)
djc@campbellandwilliams.com
J. Colby Williams (Nevada Bar # 5549)
jcw@campbellandwilliams.com
700 S. Seventh Street
Las Vegas, NV 89101
(702) 382-5222

BINGHAM MCCUTCHEN LLP
Edward S. Kim
(*Admitted Pro Hac Vice)*
edward.kim@bingham.com
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
(714) 830-0622

BINGHAM MCCUTCHEN LLP
Jeffrey Q. Smith
(*Admitted Pro Hac Vice)*
jq.smith@bingham.com
399 Park Avenue
New York, New York 10022-4689
Telephone: 212.705.7000

*Attorneys for Defendant KPMG HK*

DATED: September 27, 2013

*<u>/s/ Aaron D. Shipley</u>*
Aaron D. Shipley
MCDONALD CARANO WILSON LLP
2300 W. Sahara Ave., No. 10, Ste. 1000
Las Vegas, NV 89102
WILLIAM R. MAGUIRE (*admitted pro hac vice*)
KENNETH M. KATZ (*admitted pro hac vice*)
YOSHINORI M. SASAO (*admitted pro hac vice*)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482

*Attorneys for Defendant KPMG International Cooperative*

DATED: September 27, 2013

*<u>/s/ John H. Cotton</u>*
JOHN H. COTTON
CHRISTOPHER G. RIGLER
COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101
JOHN K. VILLA (*admitted pro hac vice*)
KEVIN M. HODGES (*admitted pro hac vice*)
WILLIAM P. ASHWORTH (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005

*Attorneys for Defendant KPMG LLP*

DATED: September 27, 2013

*<u>/s/ David S. Kahn</u>*
DAVID S. KAHN
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street
Las Vegas, NV 89101
BENJAMIN TULIS (*admitted pro hac vice*)
PETER LARKIN (*admitted pro hac vice*)
WILLIAM KELLY (*admitted pro hac vice*)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604

*Attorneys for Defendant Hansen, Barnett & Maxwell, P.C.*

**ORDER**

The motions hearing is rescheduled for **<u>Tuesday, December 17, 2013 at 9:30 a.m.</u>**

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: September 30, 2013