# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>KPMG, KPMG INTERNATIONAL COOPERATIVE, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  2:12-cv-00956-JCM-GWF<br><br><br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiffs' Motion for Leave to (I) Substitute and/or Join Plaintiffs Pursuant to F.R.C.P. 17(A)(3) (#186), and (II) File an Amended Consolidated Complaint Pursuant to F.R.C.P. 15 (#187) filed April 3, 2014.  Defendant Hansen, Barnett & Maxwell, P.C. filed a Notice of Non-Opposition to Plaintiffs' Motions (#192) filed on April 18, 2014.  Upon review and consideration,

　　　　**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to (I) Substitute and/or Join Plaintiffs Pursuant to F.R.C.P. 17(A)(3) (#186), and (II) File an Amended Consolidated Complaint Pursuant to F.R.C.P. 15 (#187) are granted.  Plaintiffs are to file the Amended Consolidated Complaint no later than May 5, 2014.

　　　　**IT IS FURTHER ORDERED** that the hearing scheduled for Monday, May 5, 2014 at 9:30 a.m. will stay on calendar for the Court to discuss discovery in this matter.

　　　　DATED this 30th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　*George Foley Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge