**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>KPMG, et al.,<br><br>Defendant(s). | 2:12-CV-956 JCM (GWF) |

**ORDER**

Presently before the court is defendant Hansen, Barnett & Maxwell, P.C.'s motion for leave to file a dispositive motion in excess of thirty pages. (Doc. # 198). In light of the length of the amended complaint and the complexity of the issues in this action, defendant requests leave to file a motion to dismiss no longer than forty pages.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for leave to file a dispositive motion in excess of thirty pages, (doc. # 198), be, and the same hereby is, GRANTED.

DATED July 9, 2014.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**