AARON D. SHIPLEY, ESQ (NBN. 8258)
RYAN J. WORKS, ESQ. (NBN 9224)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
ashipley@mcdonaldcarano.com
rworks@mcdonaldcarano.com
*Attorneys for KPMG International Cooperative*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HANSEN, BARNETT & MAXWELL, P.C., et al., <br><br> Defendants. | Case No.: 2:12-cv-00956-JCM-GWF <br><br><br> **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Aaron D. Shipley, counsel for KPMG International Cooperative, hereby requests that he be removed from the CM/ECF Service List in this case. KPMG International Cooperative is no longer involved in this matter so CM/ECF notice is no longer required. Accordingly, please remove the name, mailing address and email address listed below from the mailing lists and the Court's CM/ECF system for this case:

Aaron D. Shipley, Esq.
McDonald Carano Wilson LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
ashipley@mcdonaldcarano.com

DATED this 10th day of September, 2014.

                                                               MCDONALD CARANO WILSON LLP

By: */s/ Aaron D. Shipley*
    AARON D. SHIPLEY, ESQ (NBN. 8258)
    RYAN J. WORKS, ESQ. (NBN 9224)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV  89102
    Telephone: 702.873.4100
    Facsimile: 702.873.9966
    ashipley@mcdonaldcarano.com
    rworks@mcdonaldcarano.com
    *Attorneys for KPMG International Cooperative*

**ORDER GRANTING MOTION TO BE REMOVED FROM SERVICE LIST**

**IT IS SO ORDERED.**

DATED this 12th day of September 2014.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employee of McDonald Carano Wilson LLP, and that on this 10th day of September, 2014, I caused a true and correct copy of the foregoing **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** to be served via the U.S. District Court's Notice of Electronic Filing ("NEF") in the above-captioned case.

                                  /s/ Kathy Barrett
                                  An Employee of McDonald Carano Wilson LLP