Cas



FILED

AUG 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OAKTREE CAPITAL MANAGMENT, L.P.; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>HANSEN, BARNETT & MAXWELL, P.C.,<br><br>　　　　Defendant - Appellee. | No. 14-16632<br><br>D.C. No. 2:12-cv-00956-JCM-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Appellants' motion to voluntarily dismiss this appeal (Docket Entry No. 30) is granted. Fed. R. App. P. 42(b).

The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　By: Peter W. Sherwood
　　　　　　　　　　　　　　　　Circuit Mediator

PWS/Mediation